882

No. 1064. WENDLINGER *v.* HARDWARE MUTUAL CASUALTY CO. April 23, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Peter Q. Nyce, Thomas A. Williams, L. C. O'Connor* and *John W. Fussell* for petitioner. *Messrs. Thomas B. Gay* and *Archibald G. Robertson* for respondent.

No. 1067. HORNI SIGNAL MANUFACTURING CORP. *v.* KATZ. April 23, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Daniel V. Mahoney* for petitioner. *Messrs. A. D. Caesar* and *Charles W. Rivise* for respondent.

No. 1068. WYMAN ET AL., EXECUTORS, *v.* PAN AMERICAN AIRWAYS, INC. April 23, 1945. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Robert E. Coulson* for petitioners. *Messrs. Donald Havens* and *Edgar R. Kraetzer* for respondent.

No. 1091. BADENHAUSEN ET AL. *v.* BAETJER ET AL. April 23, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Abraham Mitnovetz* and *Harry O. Levin* for petitioners. *Messrs. Harry N. Baetjer* and *Joseph France* for respondents.

No. 1039. PUTNAM ET AL. *v.* FEDERAL LAND BANK OF BALTIMORE. April 23, 1945. Petition for writ of certi-